No. 1333. SOUTHERN ARIZONA BANK & TRUST CO. ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE STEWART, and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Scott P. Crampton* and *Stanley Worth* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Elmer J. Kelsey,* and *Robert I. Waxman* for the United States.

No. 1345. INTERNATIONAL SALT CO. *v.* NEW JERSEY ET AL.; and

No. 1346. CAYUGA ROCK SALT CO. ET AL. *v.* NEW JERSEY ET AL. C. A. 3d Cir. Motions to defer consideration of these petitions and petitions for writs of certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of these motions and petitions. *Lewis H. Van Dusen, Jr.,* for petitioner in No. 1345, and *Israel Packel* and *Samuel P. Orlando* for petitioner Cayuga Rock Salt Co. *Prospero DeBona* for respondent State of New Jersey in both cases.

No. 924, Misc. BLYDEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1366, Misc. KEEGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1368, Misc. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.